May 07, 2010

Ms. Patricia Medrano
Assistant City Attorney
1500 Marilla Sreet., Room 7D North
Dallas, TX 75201
Mr. Rory Stephen Alter
Nick Maram & Associates, P.C.
2323 South Voss Road, Suite 600
Houston, TX 77057

RE: Case Number: 09-0427
 Court of Appeals Number: 05-08-00500-CV
 Trial Court Number: 08-00508-E

Style: CITY OF DALLAS
 v.
 OLIVIA J. CARBAJAL

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Gary Fitzsimmons |
| |Ms. Lisa Matz |
| |Mr. Brian Clayton |
| |England |
| |Mr. William Preston |
| |Longley |
| |Ms. Beth Ellen Klusmann|